AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

RAMIRO HERNANDEZ,

     Plaintiff,

v.

GREEN TREE SERVICES LLC, et al.,

     Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **2:15-cv-02084-MMD-NJK**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice based on Plaintiff's failure to file an amended complaint in compliance with the Court's May 9, 2016 order.


June 14, 2016                                                              **LANCE S. WILSON**
                                                                                   Clerk

                                                                                  /s/ K. Rusin
                                                                                  Deputy Clerk